## HUGHES *vs.* STATE.

ASSAULT WITH INTENT TO MURDER, FROM DOOLY. Criminal Law. Indictment. Motion in Arrest of Judgment. (Before Judge Kibbee.)

[Hall, J., not presiding.]

Blandford J.—Where a defendant was tried on a copy bill of indictment which had been established in lieu of the last original, after conviction, it furnished no ground for a motion to arrest the judgment that the established copy did not have upon it any indorsement of true bill or other finding by the grand jury. Such an exception went to the form of the indictment, and did not affect the real merits of the offense charged, and it should have been urged before trial. Code, §4629; 17 Ga., 497.

Judgment affirmed.

G. W. Busbee; Gustin & Hall, for plaintiff in error.

C. C. Smith, Solicitor General, by Harrison & Peeples, for the Stat

---

## WILL AN ELECTION ORDERED AND HELD UNDER AND BY VIRTUE OF AN ACT BEFORE ITS PUBLICATION, BE BINDING ON ANYBODY?

Public laws, which in themselves prescribe specifically that they are to take effect from and after their passage shall not be obligatory on the inhabitants until published, and three days shall be allowed from the date of publication for every hundred miles distance from the Capitol before a knowledge of the law shall be presumed against the inhabitants.

Code of 1882, section 3.

Prior to the adoption of the code of 1863 no time was allowed in